UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ALDEN JOE DANIEL, JR., | ) | |
| | ) | |
| *Petitioner*, | ) | |
| v. | ) | No. 1:03-cv-426 |
| | ) | *Edgar* |
| JACK MORGAN, Warden, and | ) | |
| STATE OF TENNESSEE, | ) | |
| | ) | |
| *Respondents.* | ) | |

## JUDGMENT

In accordance with the accompanying memorandum, the Court **GRANTS** the following motions: the Respondents' motion for an extension of time to respond to Alden Joe Daniel, Jr.'s habeas corpus petition [Doc. No. 6]; Daniel's motion for an extension of time to respond to the Respondents' summary judgment motion [Doc. No. 15]; Daniel's motion to amend his motion for an extension of time [Doc. No. 17]; and Daniel's motion to supplement the record with additional affidavits [Doc. No. 19]. Further, the Court **GRANTS** the Respondents' motion for summary judgment [Doc. No. 8]. Daniel's petition for post-conviction relief from his state conviction and sentence [Doc. No. 1] is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the record in this case. This is a **FINAL JUDGMENT**.

SO ORDERED.

ENTER this *25th day of July, 2005*.

/s/ R. Allan Edgar
R. ALLAN EDGAR
CHIEF UNITED STATES DISTRICT JUDGE